IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR302 |
| | ) | |
| v. | ) | |
| | ) | |
| NOAH HALLOWELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to extend time for filing of statement of objections to report and recommendation (Filing No. 20). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; defendant shall have until July 25, 2008, to file objections to the report and recommendation of the magistrate judge.

DATED this 21st day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court