IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:07CR302
                              )
      v.                      )
                              )
NOAH HALLOWELL,               )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue supervised release violation hearing (Filing No. 52). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the hearing on the petitions for warrant or summons for offender under supervision (Filing Nos. 38 and 46) is rescheduled for:

**Friday, July 22, 2011, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 21st day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court